UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICKI LABEAU, o/b/o
    Donald B. Labeau, deceased,

        Plaintiff,        **Civil Action No. 06-13855**
                                     Judge Paul D. Borman
-v-                                       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## **ORDER**

The Court grants the Defendant's Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) filed November 29, 2006 and hereby ORDERS that, pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. §405(g), this action be REMANDED to the Commissioner, Social Security Administration for appropriate further action.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: December 22, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 22, 2006.

                                                s/Denise Goodine
                                                Case Manager